IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-035 |
| | ) | |
| GONZALO HERRERA, JR. | ) | |

**ORDER**

_____

Before the Court is Defendant Herrera, Jr.'s motion to move with his family outside the jurisdiction of the Southern District of Georgia, wherein he states he has purchased a residence in the city of Barnesville, Lamar County, Georgia which is located in the Middle District of Georgia.  (Doc. no. 204.)  Upon consideration, the Court **GRANTS** the motion, (id.), and authorizes Defendant to move to Lamar County, Georgia within the Middle District of Georgia.

SO ORDERED this 13th day of November, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA